# United States District Court
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 5 2001

Michael N. Milby
Clerk of Court

#54591
Billy Jack Johnson
934 E. Harrison
Brownsville Texas
78520

(Enter above the full name of the plaintiff or plaintiffs in this action.)

V.s.

Cameron Co. Jail; AN Entity;
Keven Crossely; AN Individual,
Lt Villareal; AN Individual

(Enter above the full name of the defendant or defendants in this action.)

MISCELLANEOUS
CAB-01-184

CIVIL ACTION NO. B-01-024

A Jury is Demanded

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 US 1983
(For Use in Prisoner Litigation)

NOTE: The Clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.
DO NOT leave blanks on these forms. If an item is not applicable, state so or write "N/A" Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.

---

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes [ ]   No [X]

  B. Have you begun other lawsuits in state or federal court relating to your conditions of confinement?   Yes [ ]   No [X]

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit
     Plaitiffs: N/A

     Defendants: N/A

Item C.
    1. Court (if federal court, name the district; if state court, name the county) : _____N/A_____

    2. Docket number: _____N/A_____

    3. Name of Judge to whom case was assigned: __N/A_____

    4. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) ____N/A_____

    5. Approximate date of filing lawsuit: ____N/A_____

    6. Approximate date of disposition: _____N/A_____

Use additional page(s) for other lawsuits. Provide the same type of information as you did above for each.

II.  PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURED: Cameron County Jail — 954 East Harrison, Brownsville TX. 78520

    A. Is there a prisoner grievance procedure in this institution?
       Yes [X]   No [ ]   N/A [ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ]   No [X]

    C. If your answer is YES:
       1. What steps did you take: N/A
       2. What was the result?

    D. If your answer is NO, explain why not: There was no remedy after the assault which is the basis for this action

    E. If you are an inmate in the Texas Department of Corrections and your complaint relates to your confinement there, have you interviewed with an attorney from the Inmate Legal Services Project of the State Bar of Texas? Yes [ ]   No [ ]   N/A

    F. If your answer is NO, explain why not: N/A

2

7

III. Parties To This Lawsuit

   A. Name of Plaintiff: Billy Jack Johnson
      Inmate Number: _____
      Institution/Unit of Confienement: _____
      Address: _____

   B. Additional Plaintiff(s) (If any). In this space, provide the same type of information as requested in "A" above. N/A

   C. Name of Defedant: Cameron County Jail
      Official Position (employed as): An Entity
      Place of Employment: 954 E. Harrison, County Jail
      Address for service: 954 E Harrison Brownsville Texas 78520

   D. Additional Defedants (if any):
      Name of Defendant: Kevin Crossely
      Official Position (employed as): Classification officer
      Place of Employment: Cameron County Jail
      Address for service: 954 E. Harrison Brownsville TX. 78520

      Name of Defendant: Lt. Villareal
      Official Position (employed as): LT.
      Place of Employment: Cameron County Jail
      Address for service: 954 E. Harrison Brownsville TX 78520

Use additional page to list other defendants. Provide the same type of information as you did above for each.

IV. Statement of Claim

   State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

3

Additional space for "Statement of Claim": On or About July 27, 2001 I was Housed in Detention Center 1 of Cameron County Jail. For no reason given I was transferred to 2nd floor of the Cameron Ca Jail by classification officer Kevin Crossely. The 2nd floor is basically used for disciplinary purposes. I explained at this point in time to Lt. Villareal and Kevin Crossely that if I was moved to the second floor I would be assualted by gang members. After being moved to the second floor I was given a note by an officer of the Jail, officer Martinez, that told me to "watch my back". Three days later I was assualted by 5 known gang members. This assault could have been prevented cc-jail officials had "prior warning ~~knowledge~~ knowledge." This was deliberate indifference (or personal injury) to a life threating situation. After the assualt I was informed by the classification officer that I was put on the second floor of cc. Jail because the jail had no other place to ~~house me~~ or detain me.

I stressed the seriousness of the situation to these officers I also stressed that my situation was life threating.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. That Defendants be cited and ordered to answere;
2. Compensatory Damages in the amount of $750.000;
3. Examplary Damges to be determined by Jury;
4. And any and all such other relcif that this plaintiff may be entitled to as a matter of law.

VI. VERIFICATION ( Must be provided by each plaintiff.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-21-2001
(date)

*Billy Jack Johnson*
(Signature of Plaintiff)

4

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Southern DISTRICT OF TEXAS

Billy Jack Johnson
(Plaintiff Pro SE)

v.

Kevin Crossely;
An Individual

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-01-024

**MISCELLANEOUS**

TO: (Name and Address of Defendant)

Kevin Crossely, An Individual, classification Officer - Cameron County Jail 954 E. Harrison Brownsville, Texas 78520

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Billy Jack Johnson / Pro SE

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

10-30-01
DATE

CLERK

DEPUTY CLERK

O 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF _____ TEXAS _____

Billy Jack Johnson
(Plaintiff Pro SE)

v.

Lt. Villareal;
An Individual

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-01- 024

**MISCELLANEOUS**

TO: (Name and Address of Defendant)

Lt. Villareal, An Individual, Lieutenant Officer at — Cameron County Jail, 954 E. Harrison Brownsville, Texas 78520

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

AINTIFF'S ATTORNEY (name and address)

Billy Jack Johnson / Pro SE

answer to the complaint which is herewith served upon you, within _____ days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken inst you for the relief demanded in the complaint.

Michael N. Milby, Clerk                     10-30-01
_____          _____
K                                          DATE

_____
PUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF ___ TEXAS ___

Billy Jack Johnson
(Plaintiff Pro SE)

v.

Cameron County Jail;
An Entity.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-01-024

**MISCELLANEOUS**

TO: (Name and Address of Defendant)

Cameron County Judge — Gilberto Hinojosa County Judge,
At 974. E Harrison Brownsville Texas 78520

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

LAINTIFF'S ATTORNEY (name and address)

Billy Jack Johnson / PRO SE

answer to the complaint which is herewith served upon you, within _____ days after service of
is summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
ainst you for the relief demanded in the complaint.

Michael N. Milby, Clerk                                10-30-01
RK                                                     DATE

_(signature)_
EPUTY CLERK