CA-B-01-184
MISC B-01-24  3
10-1-2001

To Deputy Clerk
U.S. District Court,

I Recently Filed A Title 42 USC 1983 in your Court Along with Coversheet And Aplication to File Forma Pauperis IN: Billy Jack Johnson
- VS.
Cameron Co. Sail
Karen Crossely
LT. Villareal

I was Transfered to the below Address before I Recieved A Response as to the Filing of This Suit. The Address Listed was 954 E. Harrison Brownsville TX. 78520

Please Forward All Future References Ect. to the Following Address And Inmate Number:

Billy Jack Johnson # 796919
Diagnostic / Byrd Unit
P.O. Box 100
Huntsville Texas
77342-0100

Please make appropriate changes to "Billy Jack V.S."
Thank You.

Billy Jack Johnson  796919
Billy Jack Johnson   10-1-2001

United States District Court
Southern District of Texas
FILED
OCT 09 2001
Michael N. Milby
Clerk of Court