# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

OCT 2 9 2001

| | | |
|---|---|---|
| BILLY JACK JOHNSON | * | |
| | * | |
| VS | * | MISC. NO. B-01-024 |
| | * | CA B-01-184 |
| CAMERON COUNTY JAIL | * | |
| KEVIN CROSSELY | * | |
| LT. VILLAREAL | * | |

## ORDER

The Defendants are hereby ORDERED to respond to Plaintiff's civil rights complaint, pursuant to 42 U.S.C. 1983, on or before **January 4, 2002.**

DONE at Brownsville, Texas, this 29th day of October 2001.

_____
Felix Recio
United States Magistrate Judge