MISC B-01-24
C B-01-184

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

mother; gift, January 2001 $40.00

United States District Court
Southern ... of Texas
ENT...
OCT 29 2001
Michael N. ...
By Deputy C...

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐    No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Nicole Marie Johnson  Daughter  $ 0
Amanda Lynn Johnson  Daughter      Due to Incarsnation

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-21-2001
              (Date)

Billy Jack Johnson
Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ -3.34 on account to his credit at the CAMERON COUNTY JAIL institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ 0

Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge    Date | [signed]  10-29-01<br>United States Judge or Magistrate    Date |