CA B-01-184
MISC-B-01-24    (7)

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED

NOV 0 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/01 |
| NAME OF SERVER (PRINT) BRANDON RATLIFF DUSM | TITLE DUSM |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: FRANCES DOMANSKI (CLERK)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/1/01
Date

Signature of Server: Brandon Ratliff

600 E. Harrison Brownsville, TX 78520
Address of Server

RM 1032

Served at 10:45 A.M. on 11/1/01 at 974 E. Harrison Brownsville, TX 78520.

01 NOV -7 AM 8:46
U.S. DISTRICT COURT
SOUTHERN DISTRICT
FILED
MICHAEL N. MILBY, CLERK

[1] As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.