CA-B-01-184
MSCA-B-01-24 (crossed out)

AO 440 (Rev. 1/90) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED
NOV 07 2001
Michael N. Milby
Clerk of Court

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/01 |
| NAME OF SERVER (PRINT) Brandon Ratliff | TITLE DUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1145 E. Harrison Brownsville, TX 78520
CCJ - Det. Center #2

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/1/01
Date

Signature of Server: Brandon Ratliff

Address of Server: 600 E. Harrison Rm 1032
Brownsville, TX 78520

Served at 10:30 A.M. ON 11/1/01

01 NOV -7 AM 8:46
MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT
FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.