10

C.C.
12-12-01

U.S. District Court
Clerk
Southern District
Brownsville, TX.   B-01-184

*United States Courts*
*Southern District of Texas*
*FILED*
*JAN 0 3 2002*
*Michael N. Milby, Clerk*

Billy Jack Johnson V. Cameron Co. TX. ET. Al.
Pro Se     # 01-MC-24

Please log this change of address with the Court in regards to the above stated case No. (Civil Rights Violation) with the appropriate party's involved.

Please mail all other letters to me at the below stated address, this new address should not change from this point on until my release from prison, at that time I will notify this Court of the change.

The above stated request is true and binding, written by my hand on this 12th day of December year 2001

Current Address:
   Billy Jack Johnson 796919
   Telford Unit
   P.O. Box 9200
   New Boston, Texas
   75570   3 B-64

Billy Jack Johnson 796919
Billy Jack Johnson 796919
12-12-01