11

12-12 

US District Court
Southern District of Texas
Brownsville,

Billy Jack Johnson #796919 v. Cameron Co. TX. et al
Pro Se          # 01-MC-24

## Request For Counsel

This is a formal request of the Courts for an appointment of Counsel to help, assist, me in proceeding with my Civil Rights case.

I respectfully request. If with means or resources of this Court or if it is within the boundaries of Procedures, to appoint me an attorney to represent myself or at the least to advise me as to how to perform and conduct myself and my Civil Rights case before a Federal Court.

I am currently proceeding Pro Se but I feel that I can not adiquetly represent myself or my case before a jury or Federal Judge and that would be a Dishonor to myself as well as the Judicial, legal system that is in place to protect my Civil Rights.

Please consider my case, citation, and the surcumstances that would arise from my ignorance of the law and Federal procedures.

Written by my hand on 12th day of December 2001
12-12-01   Billy Jack Johnson 796919
           Billy Jack Joh[nson]