01-MC-24

12

11-21-01

TO THE U.S. District Court Clerk
~~Michael N. Milby~~
Southern District of Texas.

United States Courts
Southern District of Texas
FILED
JAN 0 3 2002
Michael N. Milby, Clerk

To The Said District Court, Clerk,
Billy Jack Johnson V. Cameron Co. TX et Al
# 01-MC-24

I am still Petitioner, Proceeding as of Date Pro Se in my Civil Rights Case. My understanding of Civil Rights Laws and Court Procedures for Federal Court, is Limited if not Non-Existent.

What I am Respectfuly Requesting From The Courts and This District Clerk is a Summary out Line, of Procedures That I need to follow In order to Procceed with my Civil Rights Case To The Next 'Level'.

In other words What are The "Phases" That This Case must Go Thru, and Can This Court give me A Starting Point In Refrence to Case Law That would Enable in How to Proceed In Federal Court. And give me a Rather Reference Starting Point In Investigating my Case.

Could This Court Also Send me List of Civil Rights Attorneys That Are Registered in This Court For The Southern Distrct, If Such a List exist.

Also, Is Their A Reason why The "Demand" $0,000) is Not Noted on The Docket Sheet In