# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

BILLY JACK JOHNSON                *

vs                                *   CIVIL ACTION NO. B-01-184

CAMERON COUNTY, TEXAS, ET AL      *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC INITIAL PRETRIAL CONFERENCE
(DEFENDANTS' COUNSEL SHALL INITIATE THE CALL.)

Thursday, February 21, 2002, @ 3:00 P.M.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

BY ORDER OF THE COURT

January 24, 2002

cc:   ALL PARTIES