*14*

United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAN 2 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BILLY JACK JOHNSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | *184* |
| v | ) | CIVIL ACTION NO  B-01-~~024~~ |
| | ) | |
| CAMERON COUNTY, TEXAS, | ) | |
| KEVIN CROSSLEY, INDIVIDUALLY, | ) | |
| and LT. VILLAREAL, INDIVIDUALLY, | ) | |
|     Defendants. | ) | |

## ADVISORY TO THE COURT

On December 17, 2001, a copy of Defendants' Original Petition was mailed to Plaintiff at

his address of record, County Jail, 954 E. Harrison, Brownsville, Texas 78520.  This mailed came

bact marked "Return to sender"   A second mailing of the Original Answer is being mailed to

Plaintiff at the Telford Unit, P O  Box 9200, New Boston, Texas 75570, Attn  Billy Jack Johnson,

TDC No. 796919   The Certificate of Service has been changed on the second mailing to read as

attached.

    Pursuant to this Court's order, arrangements have been made to conference call Plaintiff,

the Court, and Defendants' Counsel  Plaintiff will be called at (903) 628 3171

          Respectfully submitted,

          Commissioners Court
          Civil Legal Department
          964 East Harrison Street
          Brownsville, Texas 78578
          (956) 550 1345
          (956) 550 1348 (Facsimile)

BY _____
          Richard O  Burst
          Attorney In Charge
          Texas State Bar #00785586

S.D. No. 15515

Dylbia L Jefferies
Of Counsel
Texas State Bar #00786515
S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Advisory has been mailed to the following on this 29th day of January, 2002,by certified mail return receipt requested:

Telford Unit
P O Box 9200
New Boston, Texas 75570

Attn: Billy Jack Johnson
      TDC NO 796919

_____
Richard O Burst

19    Plaintiff cannot recover under Section 1983 because neither Plaintiff's procedural nor substantive due process was violated by Defendants

WHEREFORE, PREMISES CONSIDERED, Defendants pray that on final trial, that Plaintiff take nothing by his suit and that they recover all cost incurred herein and that they have such other and further relief, at law or in equity, to which they may show themselves justly entitled

Respectfully submitted,

Commissioners Court
Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1345
(956) 550 1348 (Facsimile)

BY

Richard O  Burst
Attorney In Charge
Texas State Bar #00785586
S D  No  15515

Dylbia L  Jefferies
Of Counsel
Texas State Bar #00786515
S D  No  17065

## CERTIFICATE OF SERVICE

I, Richard O  Burst do hereby certify that a true and correct copy of the foregoing Answer was mailed to Plaintiff at the Cameron County Jail, his address of record in this case, but was returned marked "returned to sender"    I certify that the Answer has been mailed to the following on this 29th day of January, 2002 by certified mail return receipt requested

Telford Unit
P O  Box 9200
New Boston, Texas 75570

4



Attn: Billy Jack Johnson
TDC NO. 796919

S/
Richard O. Burst

5

EXHIBIT ONE
PAGE FIVE