UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Billy Jack Johnson
Plaintiff: Pro Se

v.

Cameron County, Texas, et al

Civil Action No. B-01-184

## MOTION FOR: APPOINTMENT OF INDIGEINT COUNSEL.

To the Honorable U.S. Magistrate Judge Felix Recio, Your Honor, this is my most sincere plea, and formal request with assistance in appointment of Indigent Counsel.

Your Honor, I plan on going as far as my competence will allow me in persuing this civil action, But without assistance from some type of counsel this will be a difficult endevor for myself not to mention the inconviences that it would cause the court. The injustice that will be done because I feel that I cannot adiquintly present my case before a jury. Your Honor, it is my belief that my case is based on solid ground, and once witnesses and and defendants are questioned in court that their own testimony will be damanging enough.

Their is evidence and motions and forms for that, and forms for this, that would hender me from properly representing my case adiquitly. This would leave me at a loss, not out of negligence but out of inexperiance of the law and procedures that would be second nature to the most inexperienced of attorneys. So stering this, I ask that you consider and approve this motion for Indigent Counsel to represent me in Civil Action No. B-01-184.

Cont.

Re. 2/07/2 Cont.

Motion For:
Appointment of Indigent
Counsel

I Billy Jack Johnson Do Hereby Certify That A True And Correct Origenal And Copy Of The Foregoing Motion Was Written By My Hand On The 2-11-2002 I Declare This To Be A True And Legal Binding Document Declare I Under Penalty Of Perjury That the Foregoing is Correct.

2-11-2002

Billy Jack Johnson
Pro Se

X Billy Jack Johnson  2-11-