PG 1 (of) 2

1

UNITED STATES DISTRICT COURT
Southern District OF TEXAS
Brownsville Division

FEB 1 9 2002

Michael J. Milby
Clerk of Court

Billy Jack Johnson
Plaintiff, Pro Se

V.

Cameron County, Texas, ET AL

Civil Action No. B-01-184

MOTION TO SUBPOENA
DOCUMENTARY EVIDENCE.

Plaintiffs motion to Subpoena Documentational Evidence that is in the Custody and Records of Cameron County Jail located at 954 E Harrison Brownsville Tx. 78520.

The Documents Requested and Described in this motion is evidence in the above stated Civil Action Case.

Plaintiff also Request that the Following Detailed Evidence be produced in a timely fashion, as these Documents/Evidence is need in the upcoming Court Proceedings.

Upon granting of this motion, the Plaintiff Request that a time limit be place for production of the requested Documentary Evidence.

Plaintiff also Request that any Fees that might be charged for the duplication or reproduction of the Requested Documents/Evidence be waved. Plaintiff has been granted to Proceed In Forma Pauperis and is indigent and currently incarcerated in the Texas Dept. of Criminal Justice (TDCJ) without funds.

The Following is a Detailed Discription of Documents/Evidence in Support to Civil Action Case No. B-01-184

Cont. —

AG 2 (07)2

## Motion to Subpoena Documentary Evidence

### Discription of Documents

(1) County Medical Records from 2-05-01 to 9-26-01 for Billy Jack Johnson Booking #20010 2088 ID# 54591. **All** medical related information located in medical file during the time specified above.

(2) 1. Discriptions/Documentation for: Moves and Reclass from BSE 7/24/— 2BL 8/03/01 The written comments governing Reclass not just the Housing Change, Date list. Notations made for Reclass.
2. The Reclass Housing change discripti is /Change + Reasons for Housing and Cell Change for 8/13/01 + 8/14/01. Notations made for Reclass.

(3) From 8/03/01 to 8/13/01 their was a special tracking sheet of sorts that had notations made by Lt Villareal with references to Ruscio Rodriguez, it is a sheet that is used for hourly and or daily physical and verbal checks on the Individual that it is intended for. The officer is suppose to physically check on the individual and initial the appropriate square indicating the hour of check.
   This document was kept along with the inmates "Travel sheet" at the entrance to 2BL + 2BR in a folder located at the desk.

(4) A list of names first and last of all (Security)(Gaurds) Jail Employees previouse rank and current rank for (Anderson County Jail) DC-1 + DC-2 for the time of 7/01/01 till 9/26/01 so as to have a correct name and spelling for subpoena purposes for witnesses.

   I Billy Jack Johnson do hereby certify that a true and correct original and copy of the enclosed forgoing motion was written by my hand on 2-11-2002.
   I declare under penalty of perjury that the forgoing is true and correct.

Telford unit #796419
P.O. Box 9700
New Boston Texas
75570

Billy Jack Johnson
Pro Se
X Billy Jack Johnson  2-11-02