IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BILLY JACK JOHNSON )  <br> Plaintiff ) <br> ) <br> VS. ) <br> ) <br> CAMERON COUNTY, TEXAS, ) <br> KEVIN CROSSELY, INDIVIDUALLY, AND ) <br> LT. VILLARREAL, INDIVIDUALLY : | CIVIL ACTION NO. B-01-184 |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, **CAMERON COUNTY, CAMERON COUNTY JAIL, KEVIN CROSSELY,** and **LT. VILLARREAL,** and file this **MOTION TO SUBSTITUTE COUNSEL** and would show the Court as follows:

I.

The undersigned have not conferred with Plaintiff Billy Jack Johnson for the reason he is incarcerated.

II.

Mr. Richard Burst and Ms. Dylbia L. Jefferies of the Cameron County Attorney's office were designated as counsel for Defendants, **CAMERON COUNTY, CAMERON COUNTY JAIL, KEVIN CROSSELY,** and **LT. VILLARREAL.** Said Defendants now wish to substitute the Law Firm of ADAMS & GRAHAM, L.L.P., as their counsel.

III.

Therefore, Defendants request permission to substitute CRAIG VITTITOE as lead counsel with ROGER W. HUGHES as associate counsel for **CAMERON COUNTY, CAMERON COUNTY JAIL, KEVIN CROSSELY,** and **LT. VILLARREAL.**

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the above and foregoing Motion be granted.

Respectfully submitted,

CAMERON COUNTY, TEXAS
Commissioners Court, Legal Division
964 E. Harrison
Brownsville, TX 78520
Phone (956) 550-1345
Fax (956) 550-1348

By:_____
   DOUGLAS WRIGHT
   State Bar No. 22024100
   **RICHARD O. BURST**
   State Bar No. 00785586
   **DYLBIA L. JEFFERIES**
   State Bar No. 00786516


ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By_____
   CRAIG H. VITTITOE
   State Bar No. 20593900
   Fed. ID. No. 18756
   ROGER W. HUGHES
   State Bar No. 10229500
   Federal ID No. 5950

ATTORNEYS FOR DEFENDANTS
CAMERON COUNTY, CAMERON COUNTY
JAIL, KEVIN CROSSELY, and
LT. VILLARREAL,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the Petitioner on this the _3_ day of May, 2002.

Mr. Billy Jack Jackson  
Prisoner No. 796919  
Telford Unit  
P. O. Box 9200  
New Boston, TX 75570-0100

**CMRRR # 7001 2510 0004 2061 7165**

_____  
Craig H. Vittitoe