United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BILLY JACK JOHNSON | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. B-01-184 |
| | ) | |
| CAMERON COUNTY, TEXAS, | ) | |
| KEVIN CROSSELY, INDIVIDUALLY, AND | ) | |
| LT. VILLARREAL, INDIVIDUALLY | : | |

### ORDER ON MOTION TO SUBSTITUTE COUNSEL

BE IT REMEMBERED that on the 7th day of May, 2002, came to be heard the Defendants' **MOTION TO SUBSTITUTE COUNSEL**. The Court is of the opinion it should be GRANTED.

IT IS, THEREFORE, ORDERED that the *Hon. Craig Vittitoe, Roger Hughes* and *ADAMS & GRAHAM, L.L.P.* will be substituted for the Hon. Richard Burst and Dylbia L. Jefferies as counsel for Defendants, **CAMERON COUNTY, CAMERON COUNTY JAIL, KEVIN CROSSELY,** and **LT. VILLARREAL**.

                                                                                                            Judge Presiding

cc:    Mr. Billy Jack Jackson, Prisoner No. 796919, Telford Unit, P. O. Box 9200, New Boston, TX 75570-0100
        Mr. Richard O. Burst, Ms. Dylbia L. Jefferies, Commissioners Court, Legal Division, 964 E. Harrison, Brownsville, TX 78520
        Mr Craig Vittitoe, Mr. Roger W. Hughes, ADAMS & GRAHAM, L.L.P., P. O. Drawer 1429, Harlingen, Texas 78551-1429