UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BILLY JACK JOHNSON | * | |
| | * | |
| VS | * | C.A. NO. B-01-184 |
| | * | |
| CAMERON COUNTY, TEXAS, ET AL | * | |

## ORDER

On or about February 21, 2002, this Court conducted a telephonic pretrial conference with Plaintiff Billy Jack Johnson, pro se, and Mr. Richard O. Burst and Mis. Dylbia L. Jefferies, attorneys for Respondents Cameron County, Texas, et al. After a short discussion regarding the status of the case, the Court allowed Plaintiff Johnson to file amended pleadings by April 22, 2002. Respondents agreed to voluntary discovery. To date, Plaintiff Johnson has not filed amended pleadings. The Court assumes Respondents complied with discovery as there has been no petition from Plaintiff compelling discovery.

**A scheduling conference is hereby set for June 13, 2002, at 2:00 p.m.**

Additionally, unless good cause shown, it is hereby ORDERED that amended pleadings by Plaintiff Johnson will not be filed without leave of Court, as required by Rule 15(a) of the Federal Rules of Civil Procedure.

Done at Brownsville, Texas, this 14th day of May 2002.

Felix Recio
United States Magistrate Judge
Courtroom No. 1
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701