UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| BILLY JACK JOHNSON, § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. B-01-184 |
| § | |
| CAMERON COUNTY, TEXAS, § | |
| KEVIN CROSSLEY, INDIVIDUALLY § | |
| and LT. VILLARREAL, INDIVIDUALLY § | |
| Defendants § | |

### MOTION TO SUBSTITUTE LEAD COUNSEL FOR DEFENDANTS

**TO SAID HONORABLE COURT:**

COME NOW Defendants, CAMERON COUNTY, CAMERON COUNTY JAIL, KEVIN CROSSLEY, and LT. VILLARREAL, and file this Motion to Substitute Lead Counsel and would show the Court as follows:

**I.**

The undersigned has not conferred with the Plaintiff Billy Jack Johnson for the reason that he has now been released from custody and the undersigned has been unable to ascertain his current address. The undersigned has however sent a copy of this Motion to Plaintiff at his last known address as set out in the Certificate of Service below.

**II.**

Mr. Craig Vittitoe of the Law Firm of Adams & Graham, L.L.P. was previously designated as lead counsel herein. Defendants desire to substitute Jim Denison as lead counsel with Roger W. Hughes remaining as associate counsel for Defendants.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the above and foregoing Motion be granted.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

BY: _____
     Jim Denison
jv  CRAIG H. VITTITOE with permission
    Fed. I.D. 18756

ATTORNEYS FOR DEFENDANTS
CAMERON COUNTY,
CAMERON COUNTY JAIL,
KEVIN CROSSLEY, and LT. VILLARREAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing MOTION TO SUBSTITUTE LEAD COUNSEL FOR DEFENDANTS was forwarded to Petitioner at his last known address on this the 7th day of June, 2002 in the manner stated:

Mr. Billy Jack Johnson    *Via U.S. First Class Mail*
Prisoner No. 796919 Telford Unit
P.O. Box 9200
New Boston, Texas 75570-0100

_____
for CRAIG H. VITTITOE with permission