UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BILLY JACK JOHNSON,<br>     Plaintiff, | §<br>§<br>§ |
| V. | §<br>§ CIVIL ACTION NO. B-01-184 |
| CAMERON COUNTY, TEXAS,<br>KEVIN CROSSLEY, INDIVIDUALLY<br>and LT. VILLARREAL, INDIVIDUALLY<br>     Defendants | §<br>§<br>§<br>§ |

**MOTION FOR LEAVE TO APPEAR AT SCHEDULING CONFERENCE**

**TO SAID HONORABLE COURT:**

COMES NOW JIM DENISON, Movant in the above-entitled and numbered cause, and makes and files this his Motion for Leave to Appear on behalf of Defendants Cameron County, Cameron County Jail, Kevin Crossley and Lt. Villarreal, *(hereinafter referred to collectively as "Defendants")* at the scheduling conference set herein and would show the Court the following:

**I.**

By Order dated May 14, 2002 this Court set a Scheduling Conference for June 13, 2002 at 2:00 p.m.

**II.**

At the present time Mr. Craig Vittitoe is lead counsel for Defendants in this case. The undersigned will however be taking over the handling of this case as lead counsel and simultaneously with the filing of this Motion a Motion for Substitution of Lead Counsel has been

filed. In the event that said Motion for Substitution is not granted prior to the aforesaid Scheduling Conference it is requested that Movant be allowed to appear for Defendants at said Conference.

### III.

Movant has been unable to confer with Plaintiff Billy Jack Johnson since he has now been released from custody and his present address is unknown. However, Movant has sent a copy of this Motion to Billy Jack Johnson's last known address as shown on the Certificate of Service appearing below.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that the Court grant this Motion and that Mr. Jim Denison be allowed to appear as attorney for Defendants in this case at the Scheduling Conference set for June 13, 2002.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

BY: _____
JIM DENISON
Fed. I.D. 1583

ATTORNEYS FOR DEFENDANTS
CAMERON COUNTY,
CAMERON COUNTY JAIL,
KEVIN CROSSLEY, and LT. VILLARREAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing MOTION FOR LEAVE TO APPEAR AT SCHEDULING CONFERENCE was forwarded to Petitioner at his last known address on this the 7th day of June, 2002 in the manner stated:

Mr. Billy Jack Johnson　　　　　　　　　　　　　　　　*Via U.S. First Class Mail*
Prisoner No. 796919 Telford Unit
P.O. Box 9200
New Boston, Texas 75570-0100

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JIM DENISON