23

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BILLY JACK JOHNSON, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. B-01-184 |
| CAMERON COUNTY, TEXAS, | § | |
| KEVIN CROSSLEY, INDIVIDUALLY | § | |
| and LT. VILLARREAL, INDIVIDUALLY | § | |
| Defendants | § | |

### ORDER ON MOTION TO SUBSTITUTE LEAD COUNSEL FOR DEFENDANTS

BE IT REMEMBERED that on this the 12th day of June, 2002 came on to be heard Motion to Substitute Lead Counsel for Defendants and the Court being of the opinion that said Motion should be granted, it is therefore

ORDERED, that Jim Denison is hereby substituted as lead counsel of record for Mr. Craig Vittitoe and that henceforth Jim Denison will be carried on the records of this Court as lead counsel for Defendants and Roger Hughes shall be shown as associate counsel.

SIGNED this 12th day of June, 2002.

_____
JUDGE PRESIDING

ORDER ON MOTION/SUBSTITUTE LEAD COUNSEL
[1] C:\FILES\C\C1214\MOTIONS\ORD01 - SOLO PAGE