24

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BILLY JACK JOHNSON, § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. B-01-184 |
| CAMERON COUNTY, TEXAS, § | |
| KEVIN CROSSLEY, INDIVIDUALLY § | |
| and LT. VILLARREAL, INDIVIDUALLY § | |
| Defendants § | |

**ORDER ON MOTION FOR LEAVE TO APPEAR AT SCHEDULING CONFERENCE**

On the date of the signing of this Order came on to be heard the Motion of Jim Denison for leave to appear for Defendants in this case at the Scheduling Conference set for June 13, 2000 at 2:00 o'clock p.m. and the Court being of the opinion that said Motion should be granted, it is

ORDERED that Jim Denison is hereby granted leave to appear for the Defendants herein at the Scheduling Conference set for June 13, 2002 at 2:00 o'clock p.m.

SIGNED this 12th day of June, 2002.

_____
JUDGE PRESIDING

ORDER ON MOTION/LEAVE TO APPEAR AT CONFERENCE
[11] C:\FILES\C\C1214\MOTIONS\ORD02 - SOLO PAGE

#22