

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BILLY JACK JOHNSON, <br> Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. B-01-184 |
| CAMERON COUNTY, TEXAS, <br> KEVIN CROSSLEY, INDIVIDUALLY, <br> and LT. VILLARREAL, INDIVIDUALLY, <br> Respondent. | § <br> § <br> § <br> § | |

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before the Court is Plaintiff's "Motion to Subpoena Documentary Evidence" (Doc. # 16).

Said motion is hereby GRANTED.

DONE at Brownsville, Texas, this <u>13th</u> day of <u>June</u>, 2002.

Felix Recio
United States Magistrate Judge