# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BILLY JACK JOHNSON | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-184 |
| | * | |
| PAULA GOMEZ, ET AL | * | |

## ORDER

On this the 13th day of June 2002, the Court called the above-entitled and numbered cause, in open court, for announcements, pursuant to the Court's docketed scheduling conference. Defendants appeared and announced ready through lead counsel Jim Denison. Plaintiff failed to appear.

The Court notes its attempts to notify Plaintiff in all scheduled conferences and court settings. On May 14, 2002, the Court sent notice of the scheduling conference to Plaintiff by certified mail and regular mail. The Return Receipt was not returned to the court nor was the regular mail returned to the court.

Mr. Denison advised the Court of his efforts to locate the Plaintiff through mailings and contact with the probation and parole officers, all of whom did not know where Plaintiff was residing. Mr. Denison provided the Court with the name and place of the parole office in Fort Worth, Texas.

This Court contacted the parole officer and obtained an address for the Plaintiff in Irving, Texas.

It is, therefore, ORDERED that this case be placed on the dismissal docket, that the Clerk of Court send Plaintiff notice that this case is on the dismissal docket and subject to dismissal if Plaintiff fails to prosecute this case by July 15, 2002. Plaintiff's address is 287 West St. Claire Drive, Irving, Texas 75061.

DONE this 13th day of June, 200, in Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge