# MAGISTRATE COURTROOM MINUTES

The Honorable Magistrate Felix Recio, Presiding
Deputy Clerk: Sally Garcia
ERO: G Mendieta
Law Clerk:  R Byrd
Interpreter:
~~DUSM:~~ CSO: Harolson

Open: 2:00  Adjourn: 2:20  Date: 06/13/02

**Case Number: 1:01cv184**

United States District Court
Southern District of Texas
FILED
JUN 1 3 2002
Michael N. Milby
Clerk of Court

Billy Jack Johnson                          Prose
V.
Cameron County Tx                           J Denison
Arrested

---

<u>SCHEDULING CONFERENCE</u>   -

☒ Jim Denison present for all defendants- Plaintiff not present- Atty states has been trying to contact plaintff, with no success- The Court states an address was obtained from the parole office and deft was sent notice both by certified mail and regular mail- The Court will put this case on the dismissal docket and will prepare an RandR to Judge Tagle requesting the case be dismissed- Court adjourned.