UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BILLY JACK JOHNSON, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>CAMERON COUNTY, TEXAS, §<br>KEVIN CROSSLEY, INDIVIDUALLY, §<br>and LT. VILLARREAL, INDIVIDUALLY, §<br>Defendant. § | CIVIL ACTION NO. B-01-184 |

## MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

On the 13th day of June, this Court called the above-entitled and numbered case, in open court, for announcements, pursuant to the Court's docketed scheduling order. Defendants appeared and announced ready through lead counsel Jim Denison. The Plaintiff failed to appear. Mr. Denison advised the Court of his efforts to locate the Plaintiff through mailings and contact with Johnson's probation and parole officers, all of whom did not know where the Plaintiff was residing. Mr. Denison provided the Court with the name and place of Plaintiff's parole officer in Fort Worth, Texas. The Court, after significant research, found an address for the Plaintiff in Irving, Texas.

The case was then placed on the dismissal docket due to Plaintiff Johnson's failure to prosecute the case, and the Plaintiff was given notice. To date, the Plaintiff has failed to respond to this Court's correspondence. Therefore, this Court recommends that Plaintiff's 42 U.S.C. § 1983 case be dismissed for failure to prosecute.

### RECOMMENDATION

For the above mentioned reasons, Plaintiff's 42 U.S.C. § 1983 case should be dismissed due to his failure to prosecute the case.

A party's failure to file written objections to the proposed findings, conclusion, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon the grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusion accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.[1]

DONE in Brownsville, Texas this 15th day of July, 2002.

Felix Recio
United States Magistrate Judge

---

[1] See Douglass v. United States Automobile Association, 79 F.3d 1415 (5th Cir. 1996).