UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BILLY JACK JOHNSON,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-01-184 |
| CAMERON COUNTY, TEXAS,<br>KEVIN CROSSLEY, INDIVIDUALLY,<br>and LT. VILLARREAL, INDIVIDUALLY,<br>Defendant. | §<br>§<br>§<br>§ | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1.  The Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED;

2.  Plaintiff Billy Jack Johnson's case is hereby DISMISSED due to his failure to prosecute the case.

DONE in Brownsville, Texas this 7 day of October, 2002.

Hilda Tagle
United States District Judge