UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 07 2003

Michael N. Milby, Clerk of Court

BILLY JACK JOHNSON          *

VS                          *    C.A. NO. B-01-184

CAMERON COUNTY, TEXAS, ET AL *

United States District Court
Southern District of Texas
ENTERED

NOV 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

The above-captioned cause of action has been dismissed for want of prosecution. The matter is no longer pending in this court. Mr. Johnson's request for an order directing officials to allow use of the library is hereby denied as moot. Complaints regarding Petitioner's conditions of confinement are more properly overseen by the District Court nearest to Petitioner's place of incarceration.

For the reasons set out above, Petitioner Johnson's request for an order directing the prison officials to allow use of the institutional library is DENIED.

DONE at Brownsville, Texas, this 7th day of November 2003.

Felix Recio
United States Magistrate Judge