1 of 3
01-CV-184
Johnson
v.
Cameron County, et al

HAND COPY 31

United States District
Southern District
Hilda G. Tagle Honorable

__Mr. Billy Jack Johnson__
Carrizales, Rucker Det. Cnt.
Olmitto Texas 78575

County I.D.# 054591   S.O.# 200303044
TDCJ.I.D.# 796919
D.o.b. 8-1-70   SS# 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

Dear Honorable Judge Tagle,

I have currently on file, U.S.C. 1983 Civil Rights Case (filed 2001) Billy Jack Johnson vs. Cameron County Jail Ent. and All.
I am currently incarcerated at the above address for an un determind amount of time.

I am at this time in the process of investigation, for yet another civil law suit against Cameron Co. Jail and persons in their official capacity.

I have run into a major deley in the process whether it be intentional or not, the Jail and officials their in are not allowing me to access court records and case history via their limited law library. Located here at this facility

The officials, based on their belief, or understanding have, and have stated that they can deniy me access to courts, court records/case history ((law library)) material

Quote/un quote " " unless 1. ordered by a Judge  2.) Requested by your attorney. I have been told out right that officials do not have to give me access to re search material (law library)

Cont.

April 23, 2003

Cont.—

I am and was proceeding Pro Se in my previouse Civil Rights violations Suit Billy Jack Johnson vs. Cameron County Jail Ent. All, and if, through my investigations, find that my civil rights or those of others, have been violated in regards to my treatment and confinment here at Cameron Co. Jail Det. Cnt, I will proceed Pro Se as well in the future, until adiquate counsel can be obtained

/// **Relief** ///

#1. I request that this Judge and this Court so order. ((1. Cameron County Jail (2.) Commander Tweety (3) Senior Sgt Janie Trevino)), employed in their official capicity at Carrizales, Rucker Det. Center Olmito TX. 78575,

To Grant Inmate Billy Jack Johnson Co.# 054591 TDCJID# 796919, So.# 2003030446.
Reasonable access to Law Library and Research material their in.

2. Furthermore I request that this Judge respectfully order officials here to "Log all legal letters,— and if Judge Grants ((#1 above, time, dates and amount of ~~aloted~~ time aloted to above named I.M. for the purpose of researching material)) Going Out From Billy Jack Johnson. Pro Se,"

I respectfully request that it, is, in the power of this Judge and this Court...

Cont.—

April 23, 2003

Cont. —
To Grant me Relief in this matter.

I Respectfully Thank Your Honor Judge Tagle and Her Court for the time and Consideration to Hear this matter.

I Certify this to be a True Hand written Copy of the Original. All information stated their in to be True and Correct.

I Certify this also to be a True Binding Legal Document to Be Filed in the Above Stated fashion.

Respectfully   Prose Billy Jack Johnson  054591, 2003030446
   *Billy Jack Johnson*                                796919.
               April 23, 2003

Please if at all possible, Advise me when you Receive this Request For Relief.
I Am Having Difficulty with My Mail, of Any sorts, Reaching its Destination From This Facility
Thank You
Respectfully
*Billy Jack*